**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6945**

DONALD ROBERT PILCHER,

Plaintiff - Appellant,

versus

STEVEN A. MCGRAW, Clerk of Court; NAUDIA
FENTY, Deputy Clerk,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (7:07-cv-00279-jct)

Submitted:  October 18, 2007          Decided:  October 25, 2007

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Robert Pilcher, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Robert Pilcher appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Pilcher v. McGraw, No. 7:07-cv-00279-jct (W.D. Va. June 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED